In the Matter of ROBERT G. HOWELL, an attorney and counsellor at law.

Suspension lifted and petitioner reinstated to the practice of law.